UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60209-CIV-COOKE/DUBÉ

**CONSENT CASE**

CANDY WILSON,

      Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.
_____/

## ORDER OF REMAND AND FINAL JUDGMENT

THIS CAUSE is before this Court on the Motion for Summary Judgment filed by the Plaintiff (D.E. #19) and the Motion to Remand filed by the Defendant (D.E. #24) pursuant to the consent of the parties and the Order of Reference entered by the Honorable Marcia G. Cooke, United States District Judge. This Court has reviewed the motions and the file in this cause and notes no objection by the Plaintiff to the relief requested. It is **ORDERED AND ADJUDGED** as follows:

(1) The Motion to Remand (D.E. #24) is **GRANTED** and this cause is hereby **REVERSED and REMANDED** to the Commissioner under sentence four of 42 U.S.C. §405(g) for the reasons set forth in the Defendant's memorandum. (D.E. #25).

(2) The Motion for Summary Judgment filed by the Plaintiff (D.E. #19) is **DENIED as MOOT**.


(3)   In accordance with the foregoing, Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure is hereby entered, and this case is **CLOSED**.

**DONE AND ORDERED** this ___7___ day of October, 2008.

*[signature]*

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE